UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE JAMES ADAMSONS AND
BARBARA ADAMSONS f/k/a BARBARA HART,
d/b/a INDIAN ROCKS BEACH BOAT RENTALS,
for exoneration from or limitation of liability
as owners of the Kodiak 2005 Cobia 21' center
console, hull ID CBACB008F505,

      Petitioners.                                    Case No.: 8:11-CV-2657-T-30EAJ
_____/

## REPORT AND RECOMMENDATION

Before the court is Petitioners' **Motion for Default Judgment** (Dkt. 14).[1] For the reasons explained below, the undersigned recommends that the motion be granted.

On December 20, 2011, Petitioners filed an amended complaint seeking exoneration from or limitation of liability for any injuries arising out of an alleged incident that occurred on February 27, 2011 involving Petitioners' vessel. Pursuant to Rule F(4), Fed. R. Civ. P., and Local Rule 7.06, M.D. Fla., Petitioners served notice of this action on the only known claimant, Debra K. Heaton, and published notice of this action in the *St. Petersburg Times* on December 28, 2011, January 4, 2012, January 11, 2012, and January 18, 2012 (Dkt. 13 Ex. 1). The deadline for filing claims against Petitioners was February 3, 2012 (Dkt. 7).

Debra K. Heaton is the only claimant who filed a claim within the February 3, 2012 deadline (Dkt. 12). Petitioners request that the court enter a default judgment against all persons and entities that have not filed a timely claim in this action. As the record reflects that Petitioners have complied with Rule F(4), Fed. R. Civ. P., and Local Rule 7.06, M.D. Fla., and the deadline for filing claims

---

[1] The District Judge referred the motion to the undersigned for a report and recommendation. (Dkt. 16)

has passed, Petitioners' request should be granted. See In re Gulf S. Marine Transp. Inc., No. 10-CV-3140, 2011 WL 3268310, at *4 (E.D. La. July 28, 2011).

Accordingly, and upon consideration, it is **RECOMMENDED** that:

(1) Petitioners' **Motion for Default Judgment** (Dkt. 14) be **GRANTED**;

(2) a default judgment be entered against all claimants who have not filed timely claims in this action; and

(3) all persons or entities in default be barred from filing any claims and answers in this or any other proceeding arising from the casualty that is the subjection of Petitioners' complaint.

**Date: February 13, 2012**

ELIZABETH A JENKINS
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies to:
Counsel of Record
District Judge