UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: JAMES ADAMSONS AND
BARBARA ADAMSONS f/k/a Barbara
Hart for exoneration from or limitation of
liability as owner of the Kodiak, 2005
Cobia 21' Center Console, Hull ID
CBACB 008F505 d/b/a Indian Rocks
Boat Rentals,

CASE NO:  8:11-cv-2657-T-30EAJ

    Petitioners.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #17). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

       2.       Petitioner's Motion for Default Judgment (Dkt. #14) is GRANTED.

       3.       The Clerk is directed to enter a default judgment against all claimants who have not filed timely claims in this action.

       4.       All persons or entities in default are BARRED from filing any claims and answers in this and any other proceeding arising from the casualty that is the subject of Petitioners' complaint.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2657.adopt 17.wpd