**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE: JAMES ADAMSONS AND**
**BARBARA ADAMSONS f/k/a Barbara**
**Hart for exoneration from or limitation of**
**liability as owner of the Kodiak, 2005**
**Cobia 21' Center Console, Hull ID**
**CBACB 008F505 d/b/a Indian Rocks**
**Boat Rentals,**

     **Plaintiffs,**

v.                                                Case No.  8:11-cv-2657-T-30EAJ

**MARK HEATON, et al.,**

     **Defendants.**
_____/

**ORDER OF DISMISSAL**

     The Court has been advised by Plaintiffs' counsel David W. McCreadie that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

     **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida on July 18, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2657.dismissal.wpd