UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN RE: JAMES ADAMSONS AND**
**BARBARA ADAMSONS f/k/a Barbara**
**Hart for exoneration from or limitation of**
**liability as owner of the Kodiak, 2005**
**Cobia 21' Center Console, Hull ID**
**CBACB 008F505 d/b/a Indian Rocks**
**Boat Rentals,**

    **Plaintiffs,**

v.                                           Case No. 8:11-cv-2657-T-30EAJ

**MARK HEATON, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised by Plaintiffs' counsel David W. McCreadie that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2657.dismissal.wpd